UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| CARLOS LEVY, | ) | | |
| | ) | | |
| *Plaintiff*, | ) | | |
| | ) | | |
| v. | ) | No. | 3:10-cv-418 |
| | ) | | (PHILLIPS) |
| | ) | | |
| DARREN SETTLE | ) | | |
| and DAVID PACK, | ) | | |
| | ) | | |
| *Defendants*. | ) | | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the defendants' motion to dismiss is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. The plaintiff's motion to appoint counsel is **DENIED** as **MOOT**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge

ENTERED AS A JUDGMENT
s/ *Patricia L. McNutt*
CLERK OF COURT